UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL MIHAJSON, | NO. EDCV 15-2598-ODW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 6, 2017

_____
OTIS D. WRIGHT, II
United States District Judge